UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20207-CIV-O'SULLIVAN

[CONSENT]

ALIRIO ANTONIO ZAMBRANO,

    Plaintiff

v.

DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA
and GIANCARLO MONTOYA,

    Defendants.
_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court for trial, and the jury having considered the evidence, and having returned a verdict in favor of the plaintiff ALIRIO ANTONIO ZAMBRANO, it is

ORDERED AND ADJUDGED that Final Judgment is entered in favor of the plaintiff, ALIRIO ANTONIO ZAMBRANO, and against the defendants, DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA and GIANCARLO MONTOYA. The plaintiff shall recover $25,000.00 in damages and liquidated damages, plus post-judgment interest, for which execution shall issue. It is further,

ORDERED AND ADJUDGED that the Clerk of Court is directed to mark this case as **CLOSED**. All pending motions are **DENIED** as moot. It is further,

ORDERED AND ADJUDGED that motions for attorneys' fees and/or to tax costs in this action shall be filed pursuant to Local Rule 7.3, S.D. Fla. L.R. The Court reserves

jurisdiction to consider such motions.

      DONE AND ORDERED in Chambers at Miami, Florida this **13th** day of March, 2012.

                                                                                                                JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record