UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20207-CIV-O'SULLIVAN
[CONSENT]

ALIRIO ANTONIO ZAMBRANO,
    Plaintiff

v.

DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA
and GIANCARLO MONTOYA,
    Defendants.

_____/

## FINAL JUDGMENT IMPOSING LIQUIDATED DAMAGES ON DEFENDANT GIANCARLO MONTOYA

THIS CAUSE having come before the Court on the Order granting the Plaintiff's

Motion for Entry of Final Judgment That Includes Imposition of Liquidated Damages (DE #

62, 3/16/12), it is

ORDERED AND ADJUDGED that Final Judgment is entered in favor of the plaintiff,

ALIRIO ANTONIO ZAMBRANO, and against the defendant GIANCARLO MONTOYA. The

plaintiff shall recover $50,000.00 in damages, plus post-judgment interest, for which

execution shall issue.

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of

May, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record