UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20207-CIV-O'SULLIVAN
[CONSENT]

ALIRIO ANTONIO ZAMBRANO,
    Plaintiff

v.

DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA
and GIANCARLO MONTOYA,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Motion to Correct Final Judgment and Lift Automatic Stay (DE # 73, 5/23/12). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default.**

S.D. Fla. L.R. 7.1(C)(emphasis added).

Having received no response from defendant Dom & Dom Pizza, Inc.,[1] it is

ORDERED AND ADJUDGED that Dom & Dom Pizza, Inc. shall file a response to the Motion to Correct Final Judgment and Lift Automatic Stay (DE # 73, 5/23/12) on or before **Monday, June 25, 2012**. The failure to file a response may result in an Order granting the Motion to Correct Final Judgment and Lift Automatic Stay (DE # 73,

---

[1] On April 16, 2012, the Court stayed the case as to the corporate defendant, Dom & Dom Pizza, Inc. See Order (DE# 66, 4/16/12). Thus, Dom & Dom Pizza, Inc. was not required to file a response to the instant motion. However, due to the allegations in the motion, Dom & Dom Pizza, Inc. shall file a response to the motion.

5/23/12) its entirety.

      DONE AND ORDERED, in Chambers, in Miami, Florida, this **18th** day of June, 2012.

                                                        _____
                                                          JOHN J. O'SULLIVAN
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record