UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20207-CIV-O'SULLIVAN
[CONSENT]

ALIRIO ANTONIO ZAMBRANO,
     Plaintiff

v.

DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA
and GIANCARLO MONTOYA,
     Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Motion to Correct Final Judgment and Lift Automatic Stay (DE # 73, 5/23/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Correct Final Judgment and Lift Automatic Stay (DE # 73, 5/23/12) is **GRANTED**. The automatic stay in this case has been lifted by virtue of the dismissal of defendant Dom & Dom Pizza Inc.'s bankruptcy petition. See Callaway v. Hernandez, No. 2:07-cv-132-FtM-29SPC, 2010 WL 1249936, at *6 (M.D. Fla. Mar. 25, 2010) (stating that "the automatic stay remains in effect until, inter alia, the earliest of the close or dismissal of the bankruptcy case.") (citing 11 U.S.C. § 362(c)(2)). The Court will issue a Corrected Final Judgment in a separate Order.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **25th** day of June, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record