UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20207-CIV-O'SULLIVAN

[CONSENT]

ALIRIO ANTONIO ZAMBRANO,

    Plaintiff

v.

DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA
and GIANCARLO MONTOYA,

    Defendants.
_____/

### FINAL JUDGMENT OF ATTORNEYS FEES AND COSTS

THIS COURT, having entered an Order awarding attorney's fees and costs to the plaintiff, ALIRIO ANTONIO ZAMBRANO, in the above-referenced matter [DE# 83, 7/17/12], it is hereby

**ORDERED AND ADJUDGED** as follows:

For the reasons expressed in this Court's separate order [DE# 83 , 7/17/12], judgment is hereby entered in favor of the plaintiff, ALIRIO ANTONIO ZAMBRANO, and against the defendants DOM & DOM PIZZA INC., d/b/a GINO'S PIZZA and GIANCARLO MONTOYA for attorney's fees and costs in the total amount of $35,042.85.

DONE AND ORDERED in Chambers, in Miami, Florida, this 17th of July, 2012.

                                                        JOHN J. O'SULLIVAN
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record